DOGANIERO ET AL., APPELLANTS, *v.* INSURANCE
COMPANY OF OHIO ET AL., APPELLEES.

[Cite as *Doganiero v. Ins. Co. of Ohio* (2001), 92 Ohio St.3d 216.]

(No. 01–159—Submitted May 16, 2001—Decided July 5, 2001.)

---

The question certified for our consideration is "whether R.C. 3937.18[A][2] precludes recovery of underinsured motorist insurance benefits where the insured's underinsured motorist coverage limits are less than or equal to the tortfeasor's liability coverage limits but the presence of other claimants prevents the insured from recovering any part of the tortfeasor's coverage."

Pursuant to our decisions in *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719, the certified question is answered in the negative. The judgment of the court of appeals is reversed on the authority of *Littrell* and *Clark,* and the cause is remanded to the trial court for further proceedings consistent with our decisions in *Littrell* and *Clark.*

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

---

COOK, J., dissenting. I respectfully dissent based on the reasoning set forth in my dissenting opinion in *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and in my opinion concurring in part and dissenting in part in *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

MOYER, C.J., and LUNDBERG STRATTON, J., concur in the foregoing dissenting opinion.

---

*Schulman, Schulman & Meros* and *Howard A. Schulman,* for appellants.